UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERNEST M. D'ORAZIO, III,<br><br>         Plaintiff,<br><br>    v.<br><br>WASHINGTON TOWNSHIP, STEPHEN ROLANDO, JASON PLAYER, RICHARD SUMEK, RAFAEL MUNIZ, DENNIS SIMS, and PAUL MORIARTY,<br><br>         Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 07-5097 (JEI/KMW)<br><br>**ORDER ACCEPTING JUDGE WILLIAMS'S REPORT AND RECOMMENDATION IN PART (Dkt. No. 142) ON PLAINTIFF'S MOTION FOR ATTORNEYS FEES AND COSTS (Dkt. No. 123)** |

**APPEARANCES:**

The Vigilante Law Firm, P.C.
By:  Jacqueline M. Vigilante, Esq.
99 North Main Street
Mullica Hill, NJ 08062
    and
Ralph Lamar, Esq.
376 Green Lane
Philadelphia, PA 19128
        Counsel for Plaintiff

Barker, Scott & Gelfand
By:  A. Michael Barker, Esq.
Linwood Greene - Suite 12
210 New Road
Linwood, NJ 08221
        Counsel for Defendants

**IRENAS**, Senior District Judge:

    This matter having appeared before the Court upon Objections to Judge Williams's Report and Recommendation (Dkt. No. 142) on the Motion for Attorneys Fees and Costs (Dkt. No. 123); the Court having reviewed the submissions of the parties; for the reasons set forth in an Opinion issued on even date herewith; and for

good cause appearing;

**IT IS** on this   21st   day of December, 2011,

    **ORDERED THAT:**

    Plaintiff is hereby awarded the sum of $153,147.27 on the Motion for Attorneys Fees and Costs.

                            /s/ Joseph E. Irenas   
                          JOSEPH E. IRENAS, S.U.S.D.J.